# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In re Transfer of Attorney to Administrative Suspension Status Pursuant to Pa.R.D.E. 219(l) | : No. 10 IDE |
| | : |
| | : No. 204 DB 2018 |
| | : |
| | : Attorney Registration No. 95122 |
| | : |
| | : (Philadelphia) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of November, 2019, the Disciplinary Board having certified his name to the Court for failure to pay expenses taxed under Pa.R.D.E. 208(g)(3), Mark Francis Houldin is transferred to administrative suspension status. *See* Pa.R.D.E. 219(l). He shall comply with all the provisions of Pa.R.D.E. 217.